UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NICHOLAS LAURA,**
*individually and on behalf of all similarly situated*,

    **Plaintiff,**
  v.                                  Case No.: 8:15-cv-2914-T-27AAS

**J.D. PARKER & SONS CO., INC.,**

    **Defendant.**
    _____/

## REPORT AND RECOMMENDATION[1]

Before the Court are Defendant J.D. Parker & Sons Co., Inc.'s ("Defendant's") **Motion to Compel Deposition of Opt-In Plaintiff, Tyrone Daniels, and for Sanctions for Missing His Duly Scheduled Deposition, or, in the Alternative, Motion for Sanctions in the Form of Striking Opt-In Plaintiff's Pleadings for Failure to Appear at His Coordinated and Duly Noticed Deposition** (Doc. 27), and Plaintiff Nicholas Laura's ("Plaintiff's") **Response to Motion [D.E. 27]** (Doc. 31).

Defendant states that Opt-In Plaintiff Tyrone Daniels ("Opt-In Plaintiff Daniels") failed to appear for his duly-noticed deposition, scheduled to occur at 3:00 p.m. on September 22, 2016. Defendant requests that the Court either: (1) compel Opt-In Plaintiff Daniels to appear for his deposition and impose sanctions against Opt-In Plaintiff Daniels in the form of reasonable attorney's fees and costs associated with his failure to appear for deposition; or (2) strike Opt-In

---

[1] Although an order is generally the appropriate way for the Court to resolve a motion to compel or motion for sanctions, because the undersigned recommends dismissing a party, the undersigned resolves the instant motion by issuing a report and recommendation. *See* 28 U.S.C. § 636; Local Rule 6.01(a), M.D. Fla.

1

Plaintiff Daniels' Complaint.

In response, counsel for Plaintiff Laura and Opt-In Plaintiff Daniels requests that Opt-In Plaintiff Daniels be dismissed from the case.

Accordingly and upon consideration, it is **RECOMMENDED** that Defendant's Motion to Compel Deposition of Opt-In Plaintiff, Tyrone Daniels, and for Sanctions for Missing His Duly-Scheduled Deposition, or, in the Alternative, Motion for Sanctions in the Form of Striking Opt-In Plaintiff's Pleadings for Failure to Appear at His Coordinated and Duly Noticed Deposition (Doc. 27) be **GRANTED to the extent that** Opt-In Plaintiff Daniels be dismissed from the case.

**Date:  October 18, 2016**

/s/ Amanda Arnold Sansone
AMANDA ARNOLD SANSONE
United States Magistrate Judge

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal.  *See* 28 U.S.C. § 636(b)(1).

Copies to:
Counsel of Record
District Judge